C V 15 6046



# A



San Francisco
Department of Public Health

Patient MCINERNEY, GEORGE
Attending

Birth Date 06/09/2012
MR # 01873427

Sex M
Pt #

Rm/Bed
Adm Date

Jul 05, 2014 13:06

eCW Progress Note

```
Patient Name: MCINERNEY, GEORGE FRED
DOB: 06/09/2012
Gender: Male
MRN: 01873427
External Visit ID:
Appointment Facility: 6M Urgent Care Appt
Visit Date: 07/05/2014
Physician: Gould, Meghan D
Physician Pager No: 415-443-6333
REASON FOR APPOINTMENT
1. bruising on bottom and upper thigh. lethargic last night after
being picked up from Fathers house
2. No medicine
HISTORY OF PRESENT ILLNESS
Well Child Intake:
(up to age 3)Carseat information provided?
.yes.
Accompanied by:
.mother.
Concerns:
.mother worried about child abuse by father.
*Interval History:
..
Immunizations up to date?
.UTD- missed appointment on thursday.
Patient seen in last 7days for similar complaint?
seen here last weekend.
Alternate telephone contact:
..
Nursing Assessment:
.patient appropriate, lung sounds clear, brusing present on
abdomen and upper thigh, decreased PO intake, mother states
patient acts different after she picks him up from fathers house.
*Screening/ Risk Assessments:
SFGH Screening
Here for a primary emotional / behavioral diagnosis?No .
*Falls Risk Screening
Have you fallen in the past six months? __
*Interim History:
--
2yo previously healthy M bib Mother for concerning bruises after
picking up child from father's home yesterday. Mother and Father
share joint custody and child spends M morning-W afternoon, Th
morning-F afternoon at father's home. Mom reports a history of
concerning bruising on child's legs for which she brought patient
in last week. She states patient is fussier when coming back from
father's and is unhappier each time she has to drop him off. She
states the bruising on his buttocks were not present when she
dropped him off on Thursday and that he was less interactive last
night after she picked him up. She had called Foster city police
and stated the police officer thought the bruising was concerning
for child abuse.
The child has otherwise been eating and drinking normally for Mom
(she reports he drinks lots of milk, but eats very little when
with her). No vomiting, no abnormal bowel or bladders complaints,
no other abnormal bleeding.
No formal CPS referral has been made previously from clinic,
though patient's mother has called the Foster City CPS hotline in
```

*THESE RECORDS ARE CONFIDENTIAL UNAUTHORIZED COPYING PROHIBITED (Welfare & Institutions Code Section 827)*

Page 1 of 4
User ANA MOLINA

*Confidential Information *SFGH Clin Lab, 1001 Potrero Ave, SF, CA 94110 Lab Dir: E. Fiebig M.D.*


**San Francisco Department of Public Health**

| | | |
|---|---|---|
| Patient MCINERNEY, GEORGE | Birth Date 06/09/2012  Sex M | Rm/Bed |
| Attending | MR # 01878427  Pt # | Adm Date |

the past to report concerning bruising and there is a social worker assigned to his case. Foster City on call social worker in room during interview (Nancy Nieves, 650-802-7922).
CURRENT MEDICATIONS
None
PAST MEDICAL HISTORY
No Medical History.
ALLERGIES
N.K.D.A.
SURGICAL HISTORY
No Surgical History documented.
FAMILY HISTORY
Father: alive
Mother: alive
SOCIAL HISTORY
Shared custody between mom and dad. Mom in process of identifying an attorney to assist her.
REVIEW OF SYSTEMS
*ROS:
See also HPI for pertinent ROS
VITAL SIGNS
HR  125-crying,  07/05/2014 01:21:31 PM,  Stacy  Pashea
RR  36-crying,  07/05/2014 01:21:31 PM,  Stacy  Pashea
Temp  36.6 C,  07/05/2014 01:21:31 PM,  Stacy  Pashea
Wt  32.41 lbs,  07/05/2014 01:21:31 PM,  Stacy  Pashea
Wt-kg  14.7 kg,  07/05/2014 01:21:31 PM,  Stacy  Pashea
Ht  35.04 in,  07/05/2014 01:21:31 PM,  Stacy  Pashea
Ht-cm  89 cm,  07/05/2014 01:21:31 PM,  Stacy  Pashea
Oxygen sat  99 %,  07/05/2014 01:21:31 PM,  Stacy  Pashea
Pain scale  0 1-10,  07/05/2014 01:21:31 PM,  Stacy  Pashea
BMI  18.56 Index,  07/05/2014 01:21:31 PM,  Stacy  Pashea
BMI Percentile  89.53 %,  07/05/2014 01:21:31 PM,  Stacy  Pashea
Wt  95.2 %,  07/05/2014 01:21:31 PM,  Stacy  Pashea
Ht  65.08 %,  07/05/2014 01:21:31 PM,  Stacy  Pashea
EXAMINATION
*PediExam:
GENERAL:Alert, active and well-appearing.
SKIN:No rashes. Buttocks: two 2cm brown circular bruises noted on left medial buttock, two 1cm circular brownish-purple bruises on right outer buttock.
HEAD:Normocephalic, atraumatic, non-dysmorphic.
EYES:Conjunctiva normal, no discharge., PERRL, EOMI.
EARS:Pinna with normal shape and rotation., Bilateral TMs, normal..
NOSE:Nares patent bilaterally. No discharge..
OROPHARYNX:Moist mucous membranes., Oropharynx clear..
DENTAL:No visible dental problem..
NECK:full range of motion, no LAD.
CHEST/BREASTS:no asymmetry.
RESP:CTAB., No respiratory distress.
CV:nl S1 S2 RRR, No murmurs, gallops, or rubs..
ABD: soft, NT, ND, No masses.
MALE GU: Normal circumcised male, testes descended bilaterally. No bruising, scratches or lesions around penis, no discharge or bleeding from meatus. No anal fissures or other evidence of trauma noted. Bruising on buttock as noted above..
BACK:No scoliosis.
EXT/MUSCULOSKEL:warm, well-perfused. Normal strength and range of motion, patient uses all 4 extremities symmetrically, no limp..
NEURO:Normal gait for age., CN2-12 grossly normal.



**San Francisco Department of Public Health**

Patient MCINERNEY, GEORGE  
Attending

Birth Date 06/09/2012   Sex M  
MR # 01378427              Pt #

Rm/Bed  
Adm Date

THESE RECORDS ARE CONFIDENTIAL UNAUTHORIZED COPYING PROHIBITED (Welfare & Institutions Code Section 827)

ATTESTATION  
ATTENDING NOTE:  
In Room Resident Supervision  I personally examined the patient and confirmed the examination performed by the resident physician below. I provided this service on the date of this patient's visit. I have reviewed relevant historical information and diagnostic results. I have discussed the differential diagnosis, work-up and treatment plan with the resident physician, and approved the plan. Patient education received and understanding confirmed. Additional pertinent information is below:2 year old male, currently parents sharing joint custody. Dad takes care of him Mon-Wed, Thurs am-Fri. Has been concerned about bruising of child last few months. Last seen 6/23 for bruises on shins. Thought normal bruising for age and not c/w non-accidental trauma. At that time also a concern of possible inappropriate touching by an uncle. Not substantiated.Yesterday Mom noticed bruises to his thigh and buttocks that she hadn't noticed before just after picking him up from Dad. No vomiting, no limping, no altered mental status. Otherwise healthy child. Per Mom Pt complains and acts out when he has to go to fathers house. San Mateo CPS worker Nancy Nieves, accompanied Mom at this visit. Mom contacted her this morning. Dad lives in San Francisco. On exam: Well appearing, upset by examination. Has 2x 1 cm diam brown-yellow macules right outer buttock and two 2cm brown macules on left buttock. Few red streaks are present on bilateral buttocks. There is a superficial abraision to left knee. Pt. is fully weight bearing with full use of arms and legs. EOMI, PERRL. Unable to do Fundoscopic exam 2/2 poor cooperation. Head is atraumatic. Abdomen soft, nt, nd, BS+. Heart RRR. TMs normal, Throat and mouth appear normal. Anus and genitals without fissures, bruising or abrasion. Assessment: Concern for NAT. Though injuries mild at this time, Mom has made repeated requests over past several months and bruises now located in area of heightened concern for NAT.

CBC and coags wnl. 6:45pm: CPS and SFPD completed eval. CPS to start investigation. Safety plan completed with Mom. Child to stay with Mom until investigation complete.  
ASSESSMENTS & PLAN  
Contusion of buttock - 922.32, Bruising on buttocks concerning for NAT due to location, not typical for normal activity-related bruising. Photographs of bruising documented. Sent cbc/coags to r/o bleeding disorders, results reviewed and negative for bleeding disorder. CPS and SFPD evaluated case for emergency intervention, CPS safety plan in place. Mother of patient reassured and return precautions given. CPS to further investigate case on Monday  
TREATMENT & ORDERS  
Contusion of buttock  
LAB: CBC + PLATELET + DIFFERENTIAL  

| | | | |
|---|---|---|---|
| AUTO ABS BASOPHIL | 0.12 | ((NRR) | - k/uL) |
| AUTO ABS EOSINOPHIL | 0.23 | ((NRR) | - k/uL) |
| AUTO ABS LARGE LYMPH | 0.53 | ((NRR) | - k/uL) |
| AUTO ABS LYMPHOCYTE | 5.53 | ((NRR) | - k/uL) |
| AUTO ABS MONOCYTE | 0.47 | ((NRR) | - k/uL) |
| AUTO ABS NEUTROPHIL | 2.53 | ((0-2) | - %) |
| AUTOMATED BASOPHIL | 1.2 | ((0-4) | - %) |
| AUTOMATED EOSINOPHIL | 2.4 | | |



**San Francisco Department of Public Health**

Patient MCINERNEY, GEORGE          Birth Date 06/09/2012   Sex M          Rm/Bed
Attending                          MR # 01878427           Pt #           Adm Date

```
        LARGE LYMPHOCYTE       5.5      ((0-4.5) - %)
        HEMATOCRIT            38.4      ((34.0-40.0) - %)
        HEMOGLOBIN            13.4      ((11.5-13.5) - g/dL)
        AUTOMATED LYMPHOCYTE  58.1      ((25-60) - %)
        MCH       26.7     ((24.0-30.0) - pg)
        MCHC      34.8     ((31.0-37.0) - g/dL)
        MCV       76.6     ((75.0-87.0) - fl)
        AUTOMATED MONOCYTE     4.9      ((1-9) - %)
        AUTOMATED NEUTROPHIL  27.8      ((23-52) - %)
        PLATELET COUNT         373      ((150-400) - k/uL)
        RBC COUNT              5.02     ((3.90-5.30) - Mil/uL)
        WBC COUNT              9.6      ((5.5-17.0) - k/uL)
    LAB: PT PTT INR COAGULATION
        INT'L NORMAL'D RATIO   1.0      ((<1.2) - )
        PT         13.3    ((<14.4) - sec)
        ACTIVATED PTT         28.1      ((<37.6) - sec)
    PROCEDURE CODES
    94760 MEASURE BLOOD OXYGEN LEVEL
    DISPOSITION & COMMUNICATION
    Appointment Provider: Meghan Gould, MD
    Electronically signed by Heyman Oo , MD-R1 on
    07/05/2014 at 07:46 PM PDT
    CONFIRMATORY SIGN OFF
    Disclaimer :
    This is a Visit Summary extracted from the eClinicalWorks chart.
    It is not a copy of the eClinicalWorks progress note.
```

*THESE RECORDS ARE CONFIDENTIAL — UNAUTHORIZED COPYING PROHIBITED (Welfare & Institutions Code Section 827)*

Page created: Wednesday, July 9, 2014 3:47 PM For: 764MAC