UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA BERLIN,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 15-cv-06046-JD<br><br>**ORDER DENYING PLAINTIFF'S MOTIONS FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION**<br><br>Re: Dkt. Nos. 2, 12 |

The Court previously denied plaintiff's request for a temporary restraining order for failure to sufficiently establish the immediate nature of her injury (as is required by Rule 65(b) of the Federal Rules of Civil Procedure), but deferred consideration of her request for a preliminary injunction pending service of and notice to defendants. *See* Dkt. Nos. 2, 9.

Plaintiff has subsequently filed an amended complaint (Dkt. No. 10) which, among other things, names a different set of defendants than those named in the initial complaint. The Court consequently terminates plaintiff's original motion for preliminary injunction (Dkt. No. 2) on that basis.

After filing her amended complaint, plaintiff filed a new "motion for temporary restraining order and/or preliminary injunction." Dkt. No. 12. But that motion, too, does not sufficiently establish the immediate nature of plaintiff's injury as required by Rule 65(b). The Court denies the motion.

**IT IS SO ORDERED.**

Dated: January 28, 2016

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA BERLIN,<br><br>    Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 15-cv-06046-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 1, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Monica Berlin
1 Bloom Lane, #1207
Half Moon Bay, CA 94019

Dated: February 1, 2016

Susan Y. Soong
Clerk, United States District Court

By: *Lisa R. Clark*
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2