UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA BERLIN,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 15-cv-06046-JD<br><br>**ORDER VACATING HEARING**<br><br>Re: Dkt. No. 16 |

Pursuant to Civil Local Rule 7-1(b), the Court finds that the City and County of San Francisco's Motion to Quash, Dkt. No. 16, which has been noticed for hearing on March 23, 2016, at 10 a.m., is appropriate for decision without oral argument.

Accordingly, the March 23, 2016 hearing is hereby VACATED. The motion is taken under submission and will be decided on the papers.

**IT IS SO ORDERED.**

Dated: March 16, 2016

                                                         JAMES DONATO<br>                                                         United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONICA BERLIN,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

Case No.  15-cv-06046-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 16, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Monica Berlin
1 Bloom Lane, #1207
Half Moon Bay, CA 94019

Dated: March 16, 2016

Susan Y. Soong
Clerk, United States District Court

By: _____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO